# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **INSIGHT INVESTMENTS LLC,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-20-788-G |
| | ) |
| **NORTH AMERICAN SPECIALTY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

Now before the Court is a Joint Motion (Doc. No. 26) seeking a continuance of the January 6, 2021 status and scheduling conference and an extension of the parties' deadline to submit a joint status report and discovery plan. For good cause shown, the Joint Motion is GRANTED. The parties' current conference setting is stricken and will be rescheduled on the Court's February 2021 docket.

IT IS SO ORDERED this 29th day of December, 2020.

_____
CHARLES B. GOODWIN
United States District Judge