**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **INSIGHT INVESTMENTS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-20-788-G** |
| | ) |
| **NORTH AMERICAN SPECIALTY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Now before the Court is a Joint Motion (Doc. No. 235), filed by Plaintiff Insight Investments, LLC, and Defendant North American Specialty Insurance Company, who are the only remaining parties to this lawsuit.

### I.  *Relevant Background*

Plaintiff commenced this action on August 10, 2020, asserting state-law claims against Defendant for breach of contract and breach of the implied duty of good faith and fair dealing.  On May 23, 2022, the Court granted summary judgment to Defendant on both claims.  *See* Op. & Order of May 23, 2022 (Doc. No. 162).  The Court entered judgment in Defendant's favor on those claims on March 27, 2024.  *See* J. (Doc. No. 192).

Also on March 27, 2024, the Court denied Defendant's request for prevailing-party attorney's fees.  *See* Order of Mar. 27, 2024 (Doc. No. 189).  The Court entered judgment in Plaintiff's favor on Defendant's claim for attorney's fees on September 20, 2024.  *See* Att'y Fee J. (Doc. No.  215).

The parties filed cross-appeals to the Tenth Circuit Court of Appeals. On September 25, 2025, the Tenth Circuit affirmed the grant of summary judgment to Defendant on Plaintiff's legal claims but reversed the denial of Defendant's claim for attorney's fees. *See Insight Invs., LLC v. N. Am. Specialty Ins. Co.*, Nos. 24-6068, 24-6076, 2025 WL 2731548, at *4-11 (10th Cir. Sept. 25, 2025). The appellate court remanded the case to this Court for further proceedings to determine the amount of Defendant's fee award. *See id.* at *11.

Plaintiff and Defendant have now filed a signed Joint Stipulation of Dismissal with Prejudice (Doc. No. 236), stating their agreement to dismiss Defendant's claim for an attorney's fee award "with prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See also* Joint Mot. at 3 (stating that they have resolved Defendant's claim for attorney's fees through the settlement process).

## II.    *The Parties' Joint Motion*

In their Joint Motion, Plaintiff and Defendant request that the Court "deem[] its March 27, 2024, judgment satisfied" because the Judgment was affirmed on appeal and there are no outstanding issues for determination by the Court. Joint Mot. at 1-4.

Although the parties cite Rule 60(b)(5) of the Federal Rules of Civil Procedure, the parties are not asking that "the court . . . relieve a party . . . from a final judgment" on the basis that "[t]he judgment has been satisfied," as that Rule contemplates. Fed. R. Civ. P. 60(b)(5). Rather, the Joint Motion is most reasonably viewed as a request for the Court to acknowledge the parties' affirmative representation that the March 27, 2024 Judgment (Doc. No. 192) has been satisfied and that all claims and disputes between the parties have now been resolved. So viewed, the Court finds good cause and shall grant the request.

CONCLUSION

Having considered the parties' arguments and the relevant record, the Court GRANTS the Joint Motion (Doc. No. 235) as follows:

1. The Court finds that all claims between Plaintiff Insight Investments, LLC and Defendant North American Specialty Insurance Company have been resolved; and

2. The Clerk of Court is directed to terminate this action.

IT IS SO ORDERED this 18th day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

3